**Order entered May 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01752-CV

**STUTZ ROAD LIMITED PARTNERSHIP, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-01696-B**

## ORDER

Before the Court are the April 29, 2014 unopposed motion of appellants Stutz Road Partnership and William D. White for an extension of time to file a brief and the April 29, 2014 unopposed joinder in the motion for an extension of time to file the opening briefs of all appellants and a request for clarification on the sequence of briefing. Three notices of appeal were timely filed. The first one was filed by Stutz Road Limited Partnership and William D. White, III. Their docketing statement lists Weekly Homes, L.P., et al. and Priority Development, LLC as appellees. The second one was filed by Len Mac Development Corp. On its docketing statement, Len Mac Development Corp. lists Priority Development, LLC as the appellee. The third notice of appeal was filed by Priority Development, LLC. The Court has designated Priority Development, LLC as a cross-appellant. In its docketing statement, Priority

Development lists Len Mac Development Corp., Stutz Road Limited Partnership, and William D. White, III as cross-appellees.

An appellant's brief is due thirty days after the record is filed and appellee's brief is due thirty days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(a) & (b). Based on our local rules, the briefs to be filed by the parties in a civil appeal in which a cross-appeal has been timely filed are:

     (a)     the appellant's brief;

     (b)     a combined appellee's and cross-appellant's brief;

     (c)     a combined appellant's reply and cross-appellee's brief; and

     (d)     the cross-appellant's reply brief.

*See* 5th Tex. App. (Dallas) Loc. R. 10.1.

We **GRANT** the parties' motions as follows: Stutz Road Limited Partnership, William D. White, III, and Len Mac Development Corp. shall file their respective appellants' briefs on or before June 2, 2014. Weekly Homes, L.P. shall file its appellee's brief and Priority Development, L.P. shall file its combined appellee/cross-appellant's brief thirty days after appellants file their respective briefs. *See id*. 10.3(b). Stutz Road Limited Partnership and William D. White, III shall file its reply brief, if any, to Weekly Homes, L.P.'s brief twenty days after Weekly Homes, L.P.'s brief is filed. *See* TEX. R. APP. P. 38.6(c). Stutz Road Limited Partnership, William D. White, III, and Len Mac Development Corp. shall file their respective combined reply/cross-appellees' briefs to Priority Development Corp.'s combined brief thirty days after Priority Development Corp. files its combined brief. *See* 5th Tex. App. (Dallas) Loc. R. 10.3(c). Priority Development Corp. shall file its reply brief, if any, twenty days after Stutz

Road Limited Partnership, William D. White, III, and Len Mac Development Corp. file their respective cross-appellees' briefs. *See id*. 10.3(d).

/s/     ADA BROWN  
             JUSTICE
